512 A.2d 1185

**George HATCHARD and Mt. Pocono AMC/Jeep, Inc., Petitioners,**

v.

**WESTINGHOUSE BROADCASTING COMPANY, KYW–TV 3.**

Supreme Court of Pennsylvania.

July 29, 1986.

Petition for Allowance of Appeal GRANTED, No. 89 E.D. Appeal Docket 1986.